# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2391
LT Case No. 2022-DP-0010

_____

E.V,-P., Father of B.V.-R.., A
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Seminole County.
Melanie Chase, Judge.

Tania Colon, of Law Office of Tania Colon, P.A., Oviedo, and
David Maldonado, of the Maldonado Law Firm, P.A., Lakeland,
for Appellant.

Kelley Schaeffer, of Children's Legal Services,  Bradenton, for
Appellee, Department of Children and Families.


Sara E. Goldfarb, Statewide Director of Appeals, and Amanda
Victoria Glass, Senior Attorney, of Guardian ad Litem Office,
Tallahassee; and Beth Kathryn Roland, of Family First Firm,
Orlando, for Guardian ad Litem.


November 6, 2023

PER CURIAM.

AFFIRMED.

MAKAR, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____